# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IROBOT CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-11158-WGY<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Lead Plaintiff Premca Extra Income Fund LP ("Lead Plaintiff") moves for leave of Court pursuant to Local Rule 7.1(b)(4) to allow Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Consolidated Motion to Dismiss to exceed the 20-page limit by no more than 10 pages.

1. On July 19, 2024, Lead Plaintiff Premca Extra Income Fund LP ("Lead Plaintiff"), individually and on behalf of all others similarly situated, filed its First Amended Complaint asserting claims under Sections 10(b), 14(a) and 20(a) of the Securities Exchange Act (ECF No. 47).

2. On August 19, 2024, Defendants iRobot Corporation, Colin Angle, and Julie Zeiler (collectively, "Defendants") filed their Motion for Leave to File a Consolidated Memorandum in Support of their Motion to Dismiss seeking leave to file a single consolidated response instead of three individual motions and to exceed the 20-page limit set out by the Local Rules (ECF No. 48).

3. On August 21, 2024, this Court granted Defendants' Motion for Leave to File a Consolidated Memorandum in Support of their Motion to Dismiss (ECF No. 49).

4. On September 3, 2024, Defendants filed their Memorandum of Law in Support of their Motion to Dismiss ("Motion to Dismiss") (ECF No. 51). Defendants' Motion to Dismiss spans 30 pages challenging the First Amended Complaint on multiple grounds.

1

5.  Lead Plaintiff respectfully requests leave for its response to the Motion to Dismiss to exceed the 20-page limit by no more than 10 pages. The additional pages are required to address the lengthy arguments set out by the Defendants in their Motion to Dismiss and would place Lead Plaintiff on equal footing with Defendants. This request will not prejudice the Defendants or unduly burden the Court.

6.  This Court has granted similar requests in cases asserting violations of the federal securities laws. *See In re Parametric Techs. Secs. Litig.*, No. 1:03-cv-10290-WGY (D. Mass.) (ECF No. 49) (granting motion seeking to file a consolidated response in opposition to motion to dismiss brief not to exceed 40 pages in length); *Okla. Firefighters Pension & Ret. Sys. v. Biogen Inc.*, No. 1:22-cv-10200-WGY (D. Mass.) (ECF No. 38) (granting motion seeking to file a response in opposition to motion to dismiss brief not to exceed 30 pages in length); *City of Fort Lauderdale Police & Firefighters' Ret. Sys. v. Pegasystems Inc.*, No. 1:22-cv-11220-WGY (D. Mass.) (ECF No. 63) (same).

WHEREFORE, Lead Plaintiff respectfully requests that this Court allow this Motion for Leave to File Excess Pages.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that Lead Counsel conferred with Defendants' counsel, who takes no position on the relief sought by this motion.

Dated: September 16, 2024                    Respectfully submitted,

                                             **POMERANTZ LLP**

                                             */s/ Christopher P.T. Tourek*
                                             Christopher P.T. Tourek (*pro hac vice*)
                                             Joshua B. Silverman (*pro hac vice*)
                                             Genc Arifi (*pro hac vice* forthcoming)
                                             10 S. LaSalle Street, Suite 3505
                                             Chicago, Illinois 60603

Telephone: (312) 377-1181
Facsimile: (312) 229-8811
ctourek@pomlaw.com
jbsilverman@pomlaw.com
garifi@pomlaw.com

-and-

Emily C. Finestone (BBO #693684)
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Premca Extra Income Fund LP and Lead Counsel for the Class*