UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE IROBOT CORPORATION            :
SECURITIES LITIGATION               :   Case No. 1:24-cv-11158-WGY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO:           :   CLASS ACTION
                                    :
ALL ACTIONS                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**SUGGESTION OF BANKRUPTCY
FOR iROBOT CORPORATION AND CERTAIN OF
<u>ITS AFFILIATES AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS</u>**

**PLEASE TAKE NOTICE** that, on December 14, 2025, iRobot Corporation and certain of its affiliates (each, a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). A copy of the voluntary petition of the lead Debtor, iRobot Corporation (Case No. 25-12197 (BLS)), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtor's chapter 11 cases (collectively, the "<u>Chapter 11 Cases</u>") is pending before the Honorable Brendan L. Shannon and are captioned *In re iRobot Corporation*, *et al.*, Ch. 11 Case Nos. 25-12197 (BLS), 25-12198 (BLS) and 25-12199 (BLS) (Bankr. D. Del. December 14, 2025).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[2] No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact Debtors' proposed bankruptcy counsel (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn:  Paul M. Basta (pbasta@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), and John T. Weber (jweber@paulweiss.com)); and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn:  Andrew L. Magaziner (amagaziner@ycst.com), Shella Borovinskaya (sborovinskaya@ycst.com), and Kristin Cardoza (kcardoza@ycst.com)); before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/iRobot.  You may also obtain

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

copies of any pleadings by visiting the Court's website at https://ecf.deb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated: December 15, 2025
       Boston, Massachusetts

Respectfully submitted,

/s/ Alisha Q. Nanda
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants*
*iRobot Corporation, Colin M. Angle,*
*and Julie Zeiler*